1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL W. EDGING,  ) Case #: 2:21-cv-00322-RFB-BNW
 )
 )
 ) **VERIFIED PETITION FOR**
  Plaintiff(s), ) **PERMISSION TO PRACTICE**
 ) **IN THIS CASE ONLY BY**
  vs. ) **ATTORNEY NOT ADMITTED**
C. R. Bard, Inc., and BARD PERIPHERAL ) **TO THE BAR OF THIS COURT**
VASCULAR, INC. ) **AND DESIGNATION OF**
 ) **LOCAL COUNSEL**
 )
  Defendant(s). )
 ) FILING FEE IS $250.00

_____Elizabeth C. Helm_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Nelson Mullins Riley & Scarborough LLP_____
(firm name)

with offices at ____201 17th Street NW, Suite 1700_____,
 (street address)

____Atlanta____, ____Georgia____, ____30363____,
 (city) (state) (zip code)

____404-322-6429____, ____kate.helm@nelsonmullins.com____.
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

____Defendants____ to provide legal representation in connection with
 [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___11/1/1987___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Georgia_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

                                                                                         Petitioner's signature

STATE OF Georgia )
                                   )
COUNTY OF Fulton )

    Elizabeth C. Helm , Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

                                                                                      Petitioner's signature

Subscribed and sworn to before me this

10th day of February , 2022 .

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Eric W. Swanis ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10845 Griffith Peak Drive, Suite 600 ,
(street address)

Las Vegas , Nevada , 89135 ,
(city) (state) (zip code)

702-792-3773 , swanise@gtlaw.com .
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Eric W. Swanis_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

___/s/ Candace Camarata_____
(party's signature)

__Candace Camarata, Associate General Counsel Litigation__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__6840_____          __swanise@gtlaw.com_____
Bar number                Email address

APPROVED:

Dated: this __24th__ day of ____February____, 20__22__.

_____
UNITED STATES DISTRICT JUDGE

5                                                                      Rev. 5/16

Elizabeth C. Helm

Courts before which Applicant has been admitted to practice:

| Jurisdiction | Date of Admission | Status | In Good Standing? |
|---|---|---|---|
| Georgia Bar No. 289930 | | | |
| Superior and State Courts of Georgia | 06/15/1987 | Active | YES |
| Supreme Court of State of Georgia | 11/19/1987 | Active | YES |
| Court of Appeals of State of Georgia | 11/19/1987 | Active | YES |
| Court of Appeals, 7th Circuit | 3/06/2020 | Active | YES |
| U.S. District Court, Northern District of Georgia | 08/10/1987 | Active | YES |
| U.S. District Court, Middle District of Georgia | 01/31/1995 | Active | YES |
| U.S. District Court, Southern District of Texas | 07/11/2006 | Active | YES |
| U.S. District Court, Eastern District of Wisconsin | 11/15/2018 | Active | YES |
| U.S. District Court, Western District of Texas | 11/15/2019 | Active | YES |
| U.S. District Court, District of Colorado | 06/22/2020 | Active | YES |



Lawyers Serving the Public and the Justice System

Ms. Elizabeth C. Helm
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW Suite 1700
Atlanta, GA  30363
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/15/1987 |
| **BAR NUMBER:** | 289930 |
| **TODAY'S DATE:** | 02/14/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

February 15, 2022

I hereby certify that Elizabeth C. Helm, Esq., was admitted on the 19th day of November, 1987, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk



THE COURT OF APPEALS
OF THE
STATE OF GEORGIA
ATLANTA, GEORGIA 30334

February 14, 2022

I hereby certify that Elizabeth Helm, Georgia Bar Number 289930, was admitted to the Bar of the Court of Appeals of the State of Georgia on November 19, 1987, and now is a member of the Bar of this Court in good standing.

Witness my signature and the seal of said

Court hereto affixed, the day and year

first above written.

*Stephen E. Castlen*  Clerk,
Court of Appeals of Georgia

# United States Court of Appeals



### for the
# Seventh Circuit

---

## Certificate of Good Standing

I, Christopher G. Conway, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Elizabeth C. Helm was on the Sixth day of March, in the year of our Lord two thousand twenty, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

In Testimony Whereof, I, Christopher G. Conway, hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this Sixteenth day of February in the year of our Lord two thousand twenty two.

*Christopher G. Conway*
Clerk of the United States Court of Appeals for the Seventh Circuit



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                      } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ELIZABETH CATHERINE HELM, State Bar No. 289930,** was duly admitted to practice in said Court on August 10, 1987, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of February, 2022.

KEVIN P. WEIMER
CLERK OF COURT



By: Stephanie Wilson-Bynum
Deputy Clerk

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that ELIZABETH C. HELM, Bar No. 289930

was duly admitted to practice in this Court on

January 31, 1995, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on February 11, 2022.



| David W. Bunt | s/ Gail G. Sellers |
| CLERK | DEPUTY CLERK |

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Elizabeth C Helm, Federal ID No 29004

Admission date: July, 11, 2006

Dated February 14, 2022, at Houston, Texas.

*[signature]*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk



AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, GINA M. COLLETTI, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that Elizabeth C Helm, Bar #289930, was duly admitted to practice in this Court on November 15, 2018 and is in good standing as a member of the Bar of this Court. I further certify that there are no disciplinary actions on file with this court.

Dated at     Milwaukee, Wisconsin

on     February 15, 2022

_Gina M. Colletti_
Clerk of Court

By: _[signature]_
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, JEANNETTE J. CLACK, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Elizabeth C. Helm, Bar #, was duly admitted to practice in said Court on 11/15/2019, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on 2/11/2022.



JEANNETTE J. CLACK, *Clerk*

BY: _____



# Certificate of Good Standing
# and
# Letter of No Disciplinary History

## United States District Court
## District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## ELIZABETH CATHERINE HELM

was admitted to practice in this court on

### JUNE 22, 2020

and is in good standing with no disciplinary history in this court.

Dated: February 11, 2022      Jeffrey P. Colwell, Clerk



By: *Mark J. Fredrickson*
Deputy Clerk