ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

ELIZABETH C. HELM, ESQ.*
**Admitted Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
kate.helm@nelsonmullins.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL EDGING,<br><br>                Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>                Defendants. | Case No. 2:21-cv-00322-CDS-BNW<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER REQUESTING STAY** |

    Plaintiff Michael Edging and Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., pursuant to the Local Rules IA 6-1, 7-1, and 26-3 of Civil Procedure for the District of Nevada, are pleased to report that a settlement has been reached in the above-referenced case. Once all of the appropriate signatures have been obtained and settlement documents finalized, the parties will file an executed Stipulation of Dismissal of the entire action. In the meantime, the parties request that the Court stay this case and vacate all remaining deadlines as set forth in the Scheduling Order (Doc. 24) for 90 days. If Plaintiff has not filed dismissal papers within 90 days from the stay being granted, the

parties request the opportunity to file a joint status report regarding the status of the settlement.

The Parties exchanged initial discovery consistent with the Court's Scheduling Order, including initial disclosures, executed records release authorizations, certain medical records, the Plaintiff Fact Sheet, and the Defendant Fact Sheet. All other case-specific fact and expert discovery has not been completed because of the settlement of this action. Accordingly, the parties request that the Court enter a stay of this case for 90 days pending Plaintiff's dismissal.

**IT IS SO STIPULATED.**

DATED this 26th day of May, 2022.

| | |
|---|---|
| **BERTRAM & GRAF, LLC** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |
| By: */s/ Benjamin A. Bertram (w/ permission)*<br>BENJAMIN A. BERTRAM, ESQ.*<br>**Admitted Pro Hac Vice*<br>2345 Grand Blvd., Suite 1925<br>Kansas City, MO 64108<br>Telephone: (816) 523-2205<br>Facsimile: (816) 523-8258<br>benbertram@bertramgraf.com | */s/ Elizabeth C. Helm*<br>ELIZABETH C. HELM, ESQ.*<br>**Admitted Pro Hac Vice*<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br>Email: kate.helm@nelsonmullins.com |
| BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 7462<br>**NETTLES | MORRIS**<br>1389 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>Telephone: (702) 434-8282<br>Facsimile: (702) 434-1488<br>brian@nettlesmorris.com | ERIC W. SWANIS, ESQ. (NSB 6840)<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Email: swanise@gtlaw.com<br><br>*Counsel for Defendants* |
| GRANT L. DAVIS, ESQ.<br>SHAWN GAYLAND FOSTER, ESQ.<br>gdavis@dbjlaw.net<br>sfoster@dbjlaw.net<br>**DAVIS BETHUNE JONES, LLC**<br>City Center Square, Suite 2930<br>1100 Main Street<br>Kansas City MO 64105<br><br>*Counsel for Plaintiff* | |

## ORDER

If settlement is not reached pursuant to this stipulation, the parties must file a joint status report on or before August 26, 2022.

**IT IS SO ORDERED:**

Dated this 26th day of May, 2022.

_____
Hon. Cristina D. Silva
UNITED STATES DISTRICT JUDGE