BENJAMIN A. BERTRAM, ESQ.*
*Admitted Pro Hac Vice*
**BERTRAM & GRAF, L.L.C.**
2345 Grand Blvd., Suite 1925
Kansas City, MO  64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

*Counsel for Plaintiff*

ELIZABETH C. HELM, ESQ.*
*Admitted Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
kate.helm@nelsonmullins.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL EDGING,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00322-CDS-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *without prejudice* against all Defendants, with each party to bear its own costs.

　　　　**IT IS SO STIPULATED.**

DATED this 22nd day of August, 2022.

| | |
|---|---|
| **BERTRAM & GRAF, LLC** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |
| */s/ Benjamin A. Bertram (w/ permission)*<br>BENJAMIN A. BERTRAM, ESQ.*<br>**Admitted Pro Hac Vice*<br>2345 Grand Blvd., Suite 1925<br>Kansas City, MO  64108<br>Telephone: (816) 523-2205<br>Facsimile:  (816) 523-8258<br>benbertram@bertramgraf.com | */s/ Elizabeth C. Helm*<br>ELIZABETH C. HELM, ESQ.*<br>**Admitted Pro Hac Vice*<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br>Email: kate.helm@nelsonmullins.com |
| BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 7462<br>**NETTLES | MORRIS**<br>1389 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>Telephone:  (702) 434-8282<br>Facsimile:  (702) 434-1488<br>brian@nettlesmorris.com | ERIC W. SWANIS, ESQ. (NSB 6840)<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Email: swanise@gtlaw.com<br><br>*Counsel for Defendants* |
| GRANT L. DAVIS, ESQ.<br>SHAWN GAYLAND FOSTER, ESQ.<br>gdavis@dbjlaw.net<br>sfoster@dbjlaw.net<br>**DAVIS BETHUNE JONES, LLC**<br>City Center Square, Suite 2930<br>1100 Main Street<br>Kansas City MO  64105 | |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Elizabeth C. Helm*
Elizabeth C. Helm

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL EDGING,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00322-CDS-BNW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on August 22, 2022.  The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.  (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

　　　**IT IS ORDERED** that the case is hereby **CLOSED.**

　　　SIGNED this 23rd day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE